UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES A. SMITH                                          Chapter 13

Debtor                          Bankruptcy No. 13-18265-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
MICHAEL W GALLAGHER
1000 GERMANTOWN PIKE
SUITE A-1
PLYMOUTH MTG., PA 19462

Debtor:
JAMES A. SMITH

2705 VESER LANE

WILLOW GROVE, PA 19090